**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN SHAHVALADIAN, | Case No. 5:25-cv-03001-SPG-AJR |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| MARKWAYNE MULLIN, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The deadline for objections has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents shall immediately release Petitioner Edwin Shahvaladian (A# 072-248-548) ("Petitioner") from custody on his prior conditions of release and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain

Petitioner for purposes of removal without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).  Respondents shall file a notice of compliance within three days of entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

**IT IS SO ORDERED.**

DATED:  June 15, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2