JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EDWIN SHAHVALADIAN,

        Petitioner,

    v.

MARKWAYNE MULLIN, ET AL.,

        Respondents.

Case No. 5:25-cv-03001-SPG-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall immediately release Petitioner Edwin Shahvaladian (A# 072-248-548) ("Petitioner") from custody on his prior conditions of release and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner for purposes of removal without first providing notice and an

opportunity to respond that comports with 8 C.F.R. § 241.13(i).  Respondents shall file a notice of compliance within three days.

DATED:  June 15, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2